ORIGINAL

## <u>RETURN OF SERVICE</u>

### UNITED STATES DISTRICT COURT
Western District of Tennessee

Case Number: 1:17-CV-01149-JDB-EGB

Plaintiff:
**ADVANCED REHAB AND MEDICAL, P.C., a Tennessee corporation,**

vs.

Defendant:
**COMPREHENSIVE HOME HEALTHCARE SERVICES, INC., AMEDISYS, INC., AMEDISYS SP-TN, L.L.C., AMEDISYS TENNESSEE, L.L.C., HHC, LLC, and John Does 1-5**

For:
Brian J Wanca
Anderson & Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008

Received by LEGAL EASE PROCESS SERVICE on the 7th day of August, 2017 at 10:27 am to be served on **AMEDISYS TENNESSEE, L.L.C. c/o: CT CORPORATION SYSTEM, RA, 800 S. Gay Street, Suite 2021, Knoxville, TN 37929.**

I, Barry Kaley, do hereby affirm that on the **8th day of August, 2017 at 9:20 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint and Exhibit "A" and Plaintiff's "Placeholder" Motion and Memorandum for Class Certification and Brief in Support** with the date and hour of service endorsed thereon by me, to: **Samantha Sutton / CT CORPORATION SYSTEM** as Registered Agent at the address of: **800 S. Gay Street, Suite 2021, Knoxville, TN 37929** on behalf of **AMEDISYS TENNESSEE, L.L.C.,** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Samantha Sutton is a Service of Process Specialist at CT Corporation System

*1/2 BHK*

ORIGINAL

## RETURN OF SERVICE For 1:17-CV-01149-JDB-EGB

I certify that I am over the age of 18, have no interest in the above action,

_Barry Kaley_
**Barry Kaley**

**LEGAL EASE PROCESS SERVICE**
**1856 N. Nob Hill Road**
**Suite #403**
**Plantation, FL 33322**
**(954) 667-3783**

Our Job Serial Number: GLD-2017001035

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2e

2/2 BAK

001035

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

| | |
|---|---|
| ADVANCED REHAB AND MEDICAL, P.C., a Tennessee corporation, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 1:17-cv-01149-JDB-egb |
| COMPREHENSIVE HOME HEALTHCARE SERVICES, INC., AMEDISYS, INC., AMEDISYS SP-TN, L.L.C., AMEDISYS TENNESSEE, L.L.C., HHC, LLC, and John Does 1-5 | ) ) ) ) |
| *Defendant(s)* | ) |

*Samantha Sutton / Svc of Process Spe*
*8-8-17 9:20am*
*BK*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMEDISYS TENNESSEE, L.L.C.
c/o: C T CORPORATION SYSTEM, R.A.
800 S. Gay Street
Suite 2021
Knoxville, Tennessee  37929-9710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin Aaron
NEAL AND HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN  37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        08/04/2017                                s/Blair Moore

*Signature of Clerk or Deputy Clerk*