

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Brian John Wanca
Anderson Wanca
3701 Algonquin Road
Suite 500
Rolling Meadows, IL 60008

Chicago
Tuesday, August 15, 2017

In re: Brian John Wanca
Admitted: 6/5/1980
Attorney No. 3126474

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Lisa Medina
Deputy Registrar

LM

# CERTIFICATE OF GOOD STANDING



*United States of America*

　　　　　　　　　　　　　　　　　}ss. Brian J Wanca

*Northern District of Illinois*

　　　　I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

　　　　DO HEREBY CERTIFY That Brian J Wanca was duly admitted to practice in said Court on (07/14/1981) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/09/2017 )

　　　　　　　　　　　　　　Thomas G. Bruton , Clerk,

　　　　　　　　　　　　By:　David A. Jozwiak
　　　　　　　　　　　　　　　Deputy Clerk