*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| Advanced Rehab and Medical, P.C. |

| Defendant |
| --- |
| Comprehensive Home Healthcare Services, Inc., et al. |

| Case Number | Judge |
| --- | --- |
| 1:17-cv-01149 | Hon. J. Daniel Breen |

I, _Ryan M. Kelly_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
_Plaintiff, Advanced Rehab and Medical, P.C._____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| USDC: N.D., IL / E.D., WI | 1999 / 2010 |
| USDC: W.D., WI, S.D.&M.D., FL, W.D., MI | 2011 |
| USDC: N.D.,OH; E.D., MI / E.D., MO; N.D., IN / N.D., FL; CT | 2012/2015/2017 |
| State of Illinois / State of Florida | 5/6/99 / 6/20/11 |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Kelly | Ryan | M |

| Applicant's Firm Name | |
|---|---|
| Anderson + Wanca | |

| Applicant's Address | Room/Suite Number |
|---|---|
| 3701 Algonquin Road | Suite 500 |

| City Rolling Meadows | State IL | Zip Code 60008 |
|---|---|---|

| Applicant's Email Address |
|---|
| rkelly@andersonwanca.com / sfitzgerald@andersonwanca.com |

| Applicant's Phone Number(s) 847-368-1500 |
|---|

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Benjamin C. Aaron
Charles F. Barrett
NEAL AND HARWELL PLC
(local counsel for Plaintiff)

Certificate of Consultation

N/A as no appearances filed yet on behalf of Defendants.

| Date 08/22/2017 | Electronic Signature of Applicant<br><br>S/ Ryan M. Kelly |
|---|---|