

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523   (800) 252-8048
Fax (217) 546-3785

Ryan Michael Kelly
Anderson & Wanca
3701 Algonquin Road
Suite 500
Rolling Meadows, IL 60008

Chicago
Tuesday, August 15, 2017

In re:  Ryan Michael Kelly
Admitted: 5/6/1999 12:00:00 PM
Attorney No. 6257931

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _Lisa Medina_
Lisa Medina
Deputy Registrar

LM

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Ryan M. Kelly

*Northern District of Illinois*

  I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

  DO HEREBY CERTIFY That Ryan M. Kelly
was duly admitted to practice in said Court on (06/24/1999)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/09/2017 )

Thomas G. Bruton , Clerk,

By:  David A. Jozwiak
   Deputy Clerk