**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| ADVANCED REHAB AND MEDICAL, P.C., a Tennessee corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:17cv1149 JDB |
| COMPREHENSIVE HOME HEALTHCARE SERVICES, INC., a Tennessee corporation, AMEDISYS, INC., a Delaware corporation, AMEDISYS SP-TN, L.L.C., AMEDISYS TENNESSEE , L.L.C., , HHC, L.L.C. d/b/a AMEDISYS HEALTH CARE, Tennessee limited liability companies, and JOHN DOES 1-5, | ) ) ) ) ) ) ) ) ) ) | **CLASS ACTION** |
| Defendants. | ) | |

## ORDER ADMITTING RYAN M. KELLY *PRO HAC VICE*

This matter has been brought before the Court on Attorney Ryan M. Kelly's Motion for Leave to Appear *Pro Hac Vice* in the above captioned matter pursuant to Local Rule 83.4(d) on behalf of Plaintiff, Advanced Rehab and Medical, P.C.

IT IS HEREBY ORDERED that the motion is GRANTED.  Ryan M. Kelly of the law firm Anderson+Wanca is permitted to appear *pro hac vice* in this matter.

IT IS SO ORDERED, this 22nd day of August, 2017.

s/ **J. DANIEL BREEN**
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1