IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

ADVANCED REHAB AND MEDICAL, PC,

    Plaintiff,

v.                                    No. 1:17-cv-01149-JDB-jay

AMEDISYS HOLDING, LLC,

    Defendant.

---

ORDER TO FILE STATUS REPORT

---

On May 17, 2022, the Court entered an order staying the proceedings in this matter pending resolution of the application for review of the declaratory ruling issued in *In re Matter of AmeriFactors Fin. Grp., LLC Pet. For Expedited Declaratory Ruling*, CG Docket Nos. 02-278, 05-338, 34 F.C.C. Rcd. 11950 (2019) ("*AmeriFactors*").  (Docket Entry ("D.E.") 116 at PageID 7035.)  In that order, the Court directed the parties "to update the Court as to any developments regarding the application for review pending in *AmeriFactors*."  (*Id.*)

Since the case has been stayed, the parties have provided two updates.  First, on January 29, 2024, counsel for Defendant filed a notice of development in *Career Counseling, Inc. v. AmeriFactors Fin. Grp., LLC*, 91 F.4th 202 (4th Cir. 2024), which was litigation running parallel to the *AmeriFactors* ruling.  (D.E. 117.)  Counsel attached the Fourth Circuit's opinion that affirmed the district court's (1) denial of Career Counseling's request for class certification and (2) award of summary judgment to Career Counseling on its individual Telephone Consumer Protection Act claim against AmeriFactors.  (*Id.* at PageID 7039-60.)  Second, on July 3, 2025, Defendant submitted another notice of development, informing the Court that the United States

Supreme Court (1) denied Career Counseling's petition for certiorari of the above Fourth Circuit opinion and (2) issued its opinion of *McLaughlin Chiropractic Assocs., Inc. v. McKesson Corp.*, 606 U.S. 146 (2025), an appeal from the Ninth Circuit which implicated the *AmeriFactors* ruling. (D.E. 128 at Page ID 7087-88.)  Counsel attached the *McLaughlin* opinion, which discusses the *AmeriFactors* order but not its application for review that caused the stay in the instant case.  (*See id.* at PageID 7090-112.)

Neither notice explains to the Court how the attached opinions affect this matter, nor provides any update as to the *AmeriFactors* application for review before the FCC.[1]  Further, no update has been provided in over a year, the stay has been in place for more than four years, (*see* D.E. 116 (entered on May 17, 2022)), and the application for review was filed over six years ago. (*See* D.E. 101 at PageID 6808 (citing the application for review filed on January 8, 2020).) Therefore, the parties are ORDERED to submit a status report as to this matter within fourteen days.  The report shall specifically address the status of the *AmeriFactors* application for review before the FCC.

IT IS SO ORDERED this 21st day of July 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] The application for review was the reason the Court stayed this case.  (*See* D.E. 116 at PageID 7034 (reasoning that a stay is necessary due to the Court's "same concern" as the Sixth Circuit that the outcome of the application for review of the *AmeriFactors* ruling pending before the FCC could place this matter "in an entirely different posture which in turn could affect the issues raised in the class certification briefing").)